IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERLE MEANS | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 20-3894 |
| MARTEN TRANSPORT, LTD, ET AL. | : |

**O R D E R**

**AND NOW**, this 14th day of March 2022, upon consideration Defendants Mitchell F. Allen's and Marten Transport, LTD's Motion for Leave to File Amended Answer (ECF No. 35), Motion for Summary Judgment (ECF No. 36), and Plaintiff's Opposition thereto (ECF Nos. 39, 40), it is **ORDERED** that the Motions are **DENIED.**

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**